Frank Bezkostny and Rozalie Bezkostny, appellees, v. Joseph Nesvadba and Josephine Nesvadba, appellants. Gen. No. 33,457.

Opinion filed October 11, 1929. Rehearing denied October 22, 1929.

Ring & Uhlir, for appellants; Otto F. Ring and Thomas M. Zasadil, of counsel. Charles A. Churan, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Anton Petricevic, appellee, v. Marisa Smajo et al., on appeal of Peter Smajo, appellant. Gen. No. 33,484.

Opinion filed October 11, 1929.

Barratt O'Hara and Paul Kerz, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

George M. Bard et al., appellees, v. George R. Lawrence et al., defendants. George R. Lawrence and Walter E. Carr, appellants. Gen. No. 33,527.

Opinion filed October 11, 1929.

Samuels, Lawton & Wittelle, for appellants. Paul Carpenter and Whitman Taylor, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Harry L. Street, plaintiff in error, v. O. L. Van Laningham, defendant in error. Gen. No. 33,386.

Opinion filed October 11, 1929.

Oliver C. Heywood, for plaintiff in error. John A. Bloomingston, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.